| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SLEEPY HOLLOW ESTATES, INC., ) <br> and JESSIE ROBERTS ) <br> ) <br> Defendants. ) <br> _____) | 1:00CV00287 |

**FILED APR 20 2005**
IN THIS OFFICE
Clerk, U. S. District Court
Greensboro, N. C.
By _____

## ORDER

Upon consideration of the United States' Motion for Stay of Expiration of Consent Order, this Court hereby GRANTS a stay of the expiration of the consent order up through and including May 27, 2005.

SIGNED this the 20 day of April, 2005.

_____
Frank W. Bullock, Jr.
United States District Judge